FILED
Aug 31 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID WINCHELL,<br><br>Defendant. | Case No. 3:23-MJ-71340 MAG<br><br>Charging District's Case Number:<br><br>2:22-cr-00096-PPS-APR-1 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Northern District of Indiana, Case Number 2:22-cr-00096-PPS-APR-1.

The defendant may need an interpreter for this language: N/A

The defendant is represented by retained counsel in the Northern District of Indiana.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, **DAVID WINCHELL**, forthwith, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: 8/31/2023

_____
Honorable Thomas S. Hixson
United States Magistrate Judge